IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MATTHEW BRYAN VOSBURGH, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00439-TES-AGH |
| | * |
| TYRONE OLIVER, et al, | * |
| Defendants. | * |
| | * |

## J U D G M E N T

Pursuant to this Court's Order dated 1/9/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 9th day of January, 2026.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk